# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-3465-GW-PLAx | Date | March 6, 2023 |
|---|---|---|---|
| Title | *Rasmus Lee v. Enhanced Recovery Company, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On March 6, 2023, Plaintiff Rasmus Lee filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by March 13, 2023. The Court now sets an order to show re: settlement hearing for March 16, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 14, 2023.

:

Initials of Preparer   JG