JS-6

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASMUS LEE,** | **Case No.:** 2:22-cv-03465-GW-PLA |
| Plaintiff, | *HON. GEORGE H. WU* |
| | *HON. MAG. PAUL L. ABRAMS* |
| v. | |
| **ENHANCED RECOVERY COMPANY, LLC,** | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

1

**ORDER OF DISMISSAL**

2    Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS

3  ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH

4  PREJUDICE with respect to all Parties named herein, as to all claims and causes of

5  action with each party bearing that party's own attorneys' fees and costs. The Court

6  hereby retains ancillary jurisdiction to enforce the Settlement Agreement between

7  the Parties, the terms of which are incorporated herein, for a period of twelve (12)

8  months from the date of this Order. The Clerk is directed to close the file.

9

10

11

12  _____

13  HON. GEORGE H. WU

14  United States District Judge

15  Dated:   March 8, 2023

16

17

18

19

20

21

22

23

24

25

26

27

28